UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 95 Cr. 1124 (KPF) |
| DANIEL YEBOAH, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Daniel Yeboah, proceeding *pro se*, filed a supplemental letter dated December 26, 2023, indicating that his 1996 conviction for distribution and possession with intent to distribute heroin has "affected [his] federal clearances." (Dkt. #26). Mr. Yeboah previously indicated in a letter the Court received on May 17, 2023, that the conviction "affected [his] state and federal clearance." (Dkt. #21). The Court is reviewing Mr. Yeboah's petition for a writ of error *coram nobis* or writ of *audita querela* (Dkt. #25), as well as the Government's response (Dkt. #30). The Court requires more information from Mr. Yeboah about what he means when says that his conviction has affected his state and federal clearances. Mr. Yeboah is directed to provide additional information, in a supplementary letter, about when he first became aware of his conviction's effect on his "clearances," and about what precisely he means by "clearances." This will help the Court determine whether Mr. Yeboah "continues to suffer legal consequences from his conviction that may be remedied by granting of the writ." *Fleming* v. *United States*, 146 F.3d 88, 90 (2d Cir. 1998) (internal quotation marks and citation omitted).

Mr. Yeboah's supplementary letter shall be due to this Court on or before **October 28, 2024**. The Clerk of Court is directed to mail a copy of this Order to Mr. Yeboah at his address of record.

SO ORDERED.

Dated:   October 4, 2024
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge