UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              -v.-<br><br>DANIEL YEBOAH,<br><br>                      Defendant. | 95 Cr. 1124 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On October 4, 2024, the Court ordered Mr. Yeboah to provide additional information, in a supplementary letter, about when he first became aware of his conviction's effect on his "clearances," and about what precisely he means by "clearances," so as to help the Court determine whether Mr. Yeboah continues to suffer legal consequences from his conviction that may be remedied by granting of the writ. (Dkt. #31 (citing *Fleming* v. *United States*, 146 F.3d 88, 90 (2d Cir. 1998)). Although ordered to file this supplementary letter on or before October 28, 2024, Mr. Yeboah has yet to file such a letter. If Mr. Yeboah does not submit a supplementary letter on or before **December 9, 2024**, the Court will decide his petition for a writ of error *coram nobis* or writ of *audita querela* on the record before it.

      The Clerk of Court is directed to mail a copy of this Order to Mr. Yeboah at his address of record.

      SO ORDERED.

Dated:   November 13, 2024
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge